# Order

Michigan Supreme Court
Lansing, Michigan

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138978

SARAH A. LAWSON, Personal Representative of
the Estate of BETTY JEAN BUCHANAN,
        Plaintiff-Appellant,

v

SPECTRUM HEALTH, SPECTRUM HEALTH
HOSPITALS, BUTTERWORTH HEALTH
CORPORATION d/b/a SPECTRUM MEDICAL
CENTER, SPECTRUM HEALTH HOSPITALS
d/b/a SPECTRUM BUTTERWORTH CAMPUS,
and JIHAD A. MUSTAPHA, M.D.,
        Defendants-Appellees.

SC: 138978
COA: 284144
Kent CC: 07-010490-NM

_____/

On order of the Court, the application for leave to appeal the April 21, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

Clerk

d0921